**IN THE UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RELENTHIS BLAKELY**                                        **PLAINTIFF**

**v.**                  **4:07-CV-01064-WRW**

**SCHLUMBERGER TECHNOLOGY**
**CORPORATION**                                    **DEFENDANT**

## ORDER

Plaintiff's Motion to Admit Counsel *Pro Hac Vice* (Doc. No. 13) is DENIED without prejudice.

Local Rule 87.3(d) requires that attorneys not admitted to practice in the Eastern District of Arkansas "designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case." Plaintiff does not have local counsel.

Since Plaintiff's counsel is not admitted to practice in the EDAR, he is directed to either enroll with the Clerk of the Court or designate local counsel before refiling his motion to appear *pro hac vice*.

IT IS SO ORDERED this 23rd day of January, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1