### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RELENTHIS BLAKLEY**                                                                       **PLAINTIFF**

**vs.**                                            **4:07-CV-01064-WRW**

**SCHLUMBERGER TECHNOLOGY**
**CORPORATION**                                                                          **DEFENDANT**

### ORDER

Plaintiff's Motion to Consolidate (Doc. No. 34) is DENIED.

IT IS SO ORDERED this 27th day of January, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE