**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RELENTHIS BLAKELY**                                                                                   **PLAINTIFF**

**v.**                                              **4:07-CV-01064-WRW**

**SCHLUMBERGER TECHNOLOGY**
**CORPORATION**                                                                                          **DEFENDANT**

### JUDGMENT

Based on the Order entered on this date granting summary judgment, this case is

DISMISSED.

IT IS SO ORDERED  this 5th day of March, 2009.


                                            /s/ Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE